# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mund, Geraldine | U.S. Bankruptcy Court | 06/4/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

21041 Burbank Blvd.
Woodland Hills, CA 91356

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mund, Geraldine** | 06/4/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund, Geraldine | 06/4/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mund, Geraldine** | 06/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Bank of America | A | Interest | K | T | | | | | |
| 2.   Real Estate Investments in Israel (Kiryat Bialik) | A | Interest | J | U | | | | | |
| 3.   State of Israel Bonds | A | Interest | J | T | | | | | |
| 4.   Rental Property, Sherman Oaks, CA | E | Rent | O | W | | | | | |
| 5.   Vacant Land Kern County, CA - appraisal by State 2003 | | None | K | Q | | | | | |
| 6.   WELLS FARGO ADVISORS | | | | | | | | | |
| 7.   - Aegon NV | A | Dividend | J | T | | | | | |
| 8.   - San Francisco CA County Public Utils | A | Interest | J | T | | | | | |
| 9.   - Wells Fargo Sweep Acount | A | Interest | J | T | | | | | |
| 10.   - Dreyfus Alcentra Global Cr. Income 2024 Target Term FD Inc | A | Dividend | | | Sold | 10/29/19 | K | | |
| 11.   - Emerson Electric Co | A | Dividend | J | T | | | | | |
| 12.   - Invesco High Income 2024 Target Term FD | A | Dividend | | | Sold (part) | 05/24/19 | J | | |
| 13.   - Invesco High Income 2024 Target Term FD | | | | | Sold | 06/26/19 | J | A | |
| 14.   - Prudential World Fd Jennison Global Opptys Fund [PGIM Global] | | None | J | T | | | | | |
| 15.   - Qualcomm, Inc. | A | Dividend | J | T | | | | | |
| 16.   - Allianzgi Inc & Growth | A | Dividend | J | T | Sold (part) | 03/22/19 | J | | |
| 17.   - Allianzgi Inc & Growth | | | | | Sold (part) | 06/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mund, Geraldine** | 06/4/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - William Blair Small Cap | | None | | | Sold (part) | 03/22/19 | J | | |
| 19.  - William Blair Small Cap | | | | | Sold | 05/24/19 | J | | |
| 20.  - Dreyfus Equity Income | A | Dividend | | | Sold (part) | 03/22/19 | J | | |
| 21.  - Dreyfus Equity Income | | | | | Sold | 05/24/19 | J | | |
| 22.  - AT&T (5.625%) | A | Interest | | | Sold | 06/26/19 | J | A | |
| 23.  - Brighthouse Finl PDF | A | Interest | | | Sold | 11/25/19 | J | A | |
| 24.  - Symetra Life Ins. Annuity contract - fixed rate | | None | M | T | | | | | |
| 25.  - Blackrock Science | A | Distribution | K | T | Buy | 06/26/19 | K | | |
| 26.  - Angel Oak Finl Strategies | A | Distribution | K | T | Buy | 05/29/19 | K | | |
| 27.  - Angel Oak Finl Strategies | A | Dividend | | | | | | | |
| 28.  - Brighthouse Finl 6.6% pfd | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 29.  - Allianzgi Artificial Intelligence & Tech Opp | A | Dividend | K | T | Buy | 10/29/19 | K | | |
| 30.  - Calamos Long/Short Equity & Dynamic Income | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 31.  - Rivernorth Managed Duration Muni Inc. Fund | A | Dividend | K | | Buy | 07/26/19 | K | | |
| 32.  - Emerald Banking & Finance Fund | A | Dividend | J | T | Sold (part) | 07/26/19 | J | A | |
| 33. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - when there was a partial sale, but I still owned shares at the end of 2019, the income and value are only under the initial entry.  If I did not own any remaining shares, there is no value reported for the end of the reporting year.  See Invesco High Income (line 12 &13), Allianzgi Inc & Growth (line 16-18), and Dreyfus Equity Inc. (line 21&22).

Part VII, line 27&28 - Angel Oak had two types of income, so I noted each on a separate line.

Part VII, line 32 - Emerald Banking and Finance Fund - I originally purchased this on 8/14/15 under the name of Fidelity Emerald Banking.  Since then the transactions have been as follows:

   8/14/15 - 97.403 shares bought - Fidelity Emerald Banking

   11/5/15 - 15.684 shares bought - Fidelity Emerald Banking

   9/19/17 - my 143.99 shares of Fidelity Emerald Banking were converted to 139.149 shares of Emerald Banking and Finance Fund - this was reported on line 24 of the report that I filed for 2017 (dated 5/28/18)

   In December 2018 I owned 173.89 shares of Emerald Banking.  However, I confused Emerald Banking with Emerald Equity and on my amended report for 2018, I reported that I had sold all of my Emerald Banking shares on 12/16/15 (line 19). It was Emerald Equity that had been sold in 2015 and I still owned a total of 173.89 Emerald Banking shares.

   7/26/19 - I sold 110.78 shares of Emerald Banking and retained 63.197 shares.  I am incliuding this on line 32 of the current report. I am filing an amended report for 2018 to correct this error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Geraldine Mund**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544